IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:19cr112 |
| KENNETH MICHAEL LASEUR, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 4/16/2020 |
| Jury Trial Date | 8/3/2020 |
| Final Pretrial Conference (by telephone) | Monday, 7/27/2020 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 6/22/2020 |
|     Other Motions | 7/10/2020 |
| Discovery Cut-off | 7/20/2020 |
| Speedy Trial Deadline | 8/3/2020 |
| Discovery out – Plaintiff to Defendant | out |

May 26, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE